# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ARTHUR VICTOR NEWMARK, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>JEFFREY CRAWFORD, *in his official* )<br>*capacity as Warden of Farmville Detention* )<br>*Center;* RUSSELL HOTT, *in his official* )<br>*capacity as Field Office Director of* )<br>*Washington, Immigration and Customs* )<br>*Enforcement;* TODD LYONS, *Acting* )<br>*Director, U.S. Immigration and Customs* )<br>*Enforcement*; ERIK S. SIEBERT, *U.S.* )<br>*Attorney General for Eastern District of* )<br>*Virginia*; and KRISTI NOEM, *in her official* )<br>*capacity as Secretary of the United States* )<br>*Department of Homeland Security,* )<br>)<br>*Respondents.* ) | Case No. 1:25-cv-929 (PTG/WEF) |

## ORDER

This matter comes before the Court on Petitioner Arthur Victor Newmark's Verified Petition for Writ of Habeas Corpus (Dkt. 1). For the reasons stated from the bench, it is hereby

**ORDERED** that the Petition is **DISMISSED**.

Entered this 12th day of June, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge